IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KIMBERLY ROBINSON BYARS, )
)
    Plaintiff, )
)
v. ) No. 04-2939 Ml/V
)
JOHN E. POTTER, )
Postmaster General, )
)
    Defendant. )
)

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 29, 2005 by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter is set to begin <u>Monday, July 24, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, July 17, 2006 at 8:45 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>July 10, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _9-7-05_

14

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 6 day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02939 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Kimberly Robinson Byars
4448 Rose Heather
Memphis, TN 38109

Dana E. Morris
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT