IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 SEP -8 PM 3:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KIMBERLY ROBINSON BYARS, )
)
    Plaintiff, )
)
v. ) CIVIL No. 04-2939 M1/V
)
JOHN E. POTTER, )
)
    Postmaster General, )
)
    Defendant. )

## ORDER MODIFYING SCHEDULING ORDER

Upon written motion of the United States and for good cause shown, it is hereby

ORDERED that the United States shall have until February 28, 2006, to disclose its

expert witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure

_Diane K. Vescovo_
~~Jon P. McCalla, Judge~~ Diane K. Vescovo
United States District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-8-05__

(15)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02939 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kimberly Robinson Byars
4448 Rose Heather
Memphis, TN 38109

Dana E. Morris
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Honorable Jon McCalla
US DISTRICT COURT