IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ROBINSON BYARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2939 Ml/V |
| | ) | |
| JOHN E. POTTER, | ) | |
| Postmaster General, | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

Pending before the Court is Defendant's Motion to Compel Plaintiff's Responses to Defendant's Interrogatories and Request for Production of Documents, filed November 14, 2005.

This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the Magistrate Judge's order shall be made within ten (10) days of the Magistrate Judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 18th day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02939 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kimberly Robinson Byars
4448 Rose Heather
Memphis, TN 38109

Dana E. Morris
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Honorable Jon McCalla
US DISTRICT COURT