IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -5 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KIMBERLY ROBINSON BYARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-2939-MlV |
| ) | |
| JOHN E. POTTER, Postmaster ) | |
| General, ) | |
| ) | |
| Defendant. ) | |

SCHEDULING ORDER

Upon motion of the United States, it appears that plaintiff has failed to respond to Defendant's First Set of Interrogatories and Request for Production of Documents. The plaintiff has failed to respond to the motion to compel, and the time for response has expired.

IT IS THEREFORE ORDERED that plaintiff is to serve her responses to Defendant's First Set of Interrogatories and Request for Production of Documents within ten (10) days of entrance of this order. The plaintiff is warned that failure to comply with further discovery requests and orders of this court may result in dismissal of her lawsuit.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: December 5, 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 12-5-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02939 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Kimberly Robinson Byars
4448 Rose Heather
Memphis, TN 38109

Dana E. Morris
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT